JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SAWYER,<br><br>  Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CAPTAIN ROGER FIALA, BATTALION CHIEF GARY BOWIE, BATTALION CHIEF PATRICK ENGEL, BATTALION CHIEF ROBERT ROSE, and DOES 1 through 100, inclusive,<br><br>  Defendants | **CASE: 2:06-cv-04512-FMC-CWx**<br><br>**JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Fed. R. Civ. P. 56; Local Rule 56-1] |

The MOTION FOR SUMMARY JUDGMENT by Defendants CITY OF LOS ANGELES, PATRICK ENGEL, GARY BOWIE, ROBERT ROSE, and ROGER FIALA having been granted by Order filed on July 15, 2008.

/ / /

**IT IS HEREBY ORDERED** that:

    1. Plaintiff's Complaint in this action is dismissed with prejudice as to all defendants.

    2. Plaintiff take nothing from this action.

    3. Judgment is hereby entered against Plaintiff and in favor of the Defendants;

    4. Defendants be awarded their costs in this action in the amount of $_____ .

Dated: *Nunc pro tunc* to July 22, 2008

_____
**HON. FLORENCE-MARIE COOPER**
United States District Court Judge